# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** John Paul Pelaez

**Case Number:** 25−10671−KHK                **Date Filed:** April 1, 2025

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 and the Court's Case Management/Electronic Case Files (CM/ECF) Policy Statement, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer with internet access and the ability to convert documents to portable document format (PDF). The URL address is *www.vaeb.uscourts.gov* and a username and password are needed to access the Case Management/Electronic Case Files (CM/ECF) system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Flash Drive or Conventionally" as provided for in the CM/ECF Policy Statement to indicate your inability to file through use of the Internet component of the CM/ECF system. If the Court authorizes you to file by flash drive, **then**

3. You must submit your documents on a flash drive using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found at Adobe's internet support page. Use a separate flash drive for each filing. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the CM/ECF Policy Statement.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a flash drive using plain text format. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the with the CM/ECF Policy Statement.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full original signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Flash Drive or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  April 2, 2025                                            Charri S Stewart
[VAN062vNov9.jsp]                                                Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:     Case No. 25-10671-KHK
John Paul Pelaez     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: Admin     Page 1 of 2
Date Rcvd: Apr 02, 2025     Form ID: VAN062     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456 |
| 16679891 | + | ACI, PO Box 8525, Coral Springs, FL 33075-8525 |
| 16679892 | + | American Honda Finance Corp, P.O. Box 166649, Irving, TX 75016-6649 |
| 16679899 | + | DRBA, PO Box 4971, Trenton, NJ 08650-4971 |
| 16679898 | + | Discover, PO Box 30916, Salt Lake City, UT 84130-0916 |
| 16679900 | + | Dulles Toll Rd/VA Tolls, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16679904 | + | Nancy Ho, 119 Ave. F Fl. 2, Brooklyn, NY 11218-5601 |
| 16679908 | + | PAM VA DOT, PO Box 500, Horseheads, NY 14845-0500 |
| 16679910 | + | Port Auth NY NJ, PO Box 15183, Albany, NY 12212-5183 |
| 16679911 | + | SFMC Community Assn Mgt, PO Box 66571, Phoenix, AZ 85082-6571 |
| 16679912 | + | Synchrony Bank, PO Box 4068, Greensboro, NC 27404-4068 |
| 16679913 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16679894 | ^ | MEBN | Apr 03 2025 02:11:49 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16679893 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2025 02:17:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16679895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2025 02:30:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16679896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2025 02:30:02 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16679897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 03 2025 02:19:00 | Credit Collecton Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 16679901 | + | Email/Text: argbsref@geico.com | Apr 03 2025 02:18:00 | Geico Choice Co, Region 7 Return Policy Work, PO Box 9520, Fredericksburg, VA 22403-9519 |
| 16679902 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 03 2025 02:18:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 16679903 | + | Email/Text: mdtaoag@mdta.state.md.us | Apr 03 2025 02:18:00 | MD Transp Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 16679907 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 03 2025 02:17:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 16679905 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 03 2025 02:19:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16679906 | + | Email/Text: netcreditbnc@enova.com | Apr 03 2025 02:19:48 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 16679908 | ^ | MEBN | Apr 03 2025 02:10:48 | PAM VA DOT, PO Box 500, Horseheads, NY |

Case 25-10671-KHK   Doc 7   Filed 04/04/25   Entered 04/05/25 00:14:14   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0422-9 | User: Admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 02, 2025 | Form ID: VAN062 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | | 14845-0500 |
| 16679909 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Apr 03 2025 02:17:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176 |
| 16679914 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Apr 03 2025 02:19:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 16679915 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | | |
| | | Apr 03 2025 02:18:00 | U.S. Bank, PO Box 21948, Eagan, MN 55121 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025                         Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 3