## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  25−10671−KHK
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2116

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO
### LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
### AND
### LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS;
### AND HEARING THEREON

**TO:**  **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on April 1, 2025. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  <u>April 15, 2025</u>**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Statement of Your Current Monthly Income and Calculation of Commitment Period**
**Chapter 13 Plan**
**Attorney's Fee Disclosure, Declaration About Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: April 24, 2025*
*Time: 01:30 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   April 2, 2025

/s/   Michelle Rose Stehle
Deputy Clerk
Direct Dial Telephone No. 804−916−2422

[10071_30152vJun2023.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:
Case No. 25-10671-KHK

John Paul Pelaez
Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9 | User: MichelleS | Page 1 of 2
Date Rcvd: Apr 02, 2025 | Form ID: both215 | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456 |
| 16679891 | + | ACI, PO Box 8525, Coral Springs, FL 33075-8525 |
| 16679892 | + | American Honda Finance Corp, P.O. Box 166649, Irving, TX 75016-6649 |
| 16679899 | + | DRBA, PO Box 4971, Trenton, NJ 08650-4971 |
| 16679898 | + | Discover, PO Box 30916, Salt Lake City, UT 84130-0916 |
| 16679900 | + | Dulles Toll Rd/VA Tolls, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16679904 | + | Nancy Ho, 119 Ave. F Fl. 2, Brooklyn, NY 11218-5601 |
| 16679908 | + | PAM VA DOT, PO Box 500, Horseheads, NY 14845-0500 |
| 16679910 | + | Port Auth NY NJ, PO Box 15183, Albany, NY 12212-5183 |
| 16679911 | + | SFMC Community Assn Mgt, PO Box 66571, Phoenix, AZ 85082-6571 |
| 16679912 | + | Synchrony Bank, PO Box 4068, Greensboro, NC 27404-4068 |
| 16679913 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16679894 | ^ | MEBN | Apr 03 2025 02:11:48 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16679893 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 03 2025 02:17:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16679895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2025 02:29:46 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16679896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2025 02:29:40 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16679897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 03 2025 02:19:00 | Credit Collecton Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 16679901 | + | Email/Text: argbsref@geico.com | Apr 03 2025 02:18:00 | Geico Choice Co, Region 7 Return Policy Work, PO Box 9520, Fredericksburg, VA 22403-9519 |
| 16679902 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 03 2025 02:18:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 16679903 | + | Email/Text: mdtaoag@mdta.state.md.us | Apr 03 2025 02:18:00 | MD Transp Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 16679907 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 03 2025 02:17:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 16679905 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 03 2025 02:19:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16679906 | + | Email/Text: netcreditbnc@enova.com | Apr 03 2025 02:19:48 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 16679908 | ^ | MEBN | Apr 03 2025 02:10:49 | PAM VA DOT, PO Box 500, Horseheads, NY |

District/off: 0422-9                          User: MichelleS                                    Page 2 of 2
Date Rcvd: Apr 02, 2025                       Form ID: both215                                   Total Noticed: 26

|  |  |  | 14845-0500 |
|---|---|---|---|
| 16679909 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Apr 03 2025 02:17:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176 |
| 16679914 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Apr 03 2025 02:19:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 16679915 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | |
| | | Apr 03 2025 02:18:00 | U.S. Bank, PO Box 21948, Eagan, MN 55121 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2025                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3