UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| John Paul Pelaez ) | |
| ) | No. 25−10671−KHK |
| Debtor. ) | Chapter 13 |
| ) | |

**MOTION TO EXTEND TIME**
**FOR FILING LISTS, SCHEDULES, STATEMENTS AND PLAN**

COME NOW the Debtor, John Paul Pelaez, by counsel, and, pursuant to Local Rules 1007-1(B) and 3015-2(C)(3), moves this honorable Court to extend the time for filing his lists, schedules, statements and plan and in support thereof states the following:

1.     The Debtor's lists, statements, schedules and plan are due on April 15, 2025.

2.     The Meeting of Creditors is scheduled for May 6, 2025.

3.     The Debtor requires additional time within which to sufficiently prepare his lists, statements, schedules and plan.

WHEREFORE the Debtor respectfully requests this honorable Court to grant this Motion and extend the time for filing his lists, schedules, and statements from April 15, 2025, until April 29, 2025, the seventh day before the Meeting of Creditors, and the time for filing the plan by 14 days, to that same date, or such other dates as the Court may order.

Dated: April 14, 2025.

Respectfully submitted,

    /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

<u>CERTIFICATE OF SERVICE</u>

      This is to certify that on this 14th day of April, 2025, I caused the foregoing Motion to be served by CM/ECF, where available, or first-class mail, postage pre-paid, upon all creditors listed on the attached List of Creditors, the Chapter 13 Trustee, and the Office of the U.S. Trustee.

                            /s/ Daniel M. Press _____
                          Daniel M. Press

Label Matrix for local noticing
0422-1
Case 25-10671-KHK
Eastern District of Virginia
Alexandria
Mon Apr 14 02:14:08 EDT 2025

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

ACI
PO Box 8525
Coral Springs, FL 33075-8525

American Honda Finance Corp
P.O. Box 166649
Irving, TX 75016-6649

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

BWW Law Group
8100 Three Chopt Rd
Ste 240
Richmond, VA 23229-4833

Bank of America
PO Box 15284
Wilmington, DE 19850-5284

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank NA
PO Box 6500
Sioux Falls, SD 57117-6500

Credit Collecton Serv
725 Canton St
Norwood, MA 02062-2679

DRBA
PO Box 4971
Trenton, NJ 08650-4971

Discover
PO Box 30916
Salt Lake City, UT 84130-0916

Dulles Toll Rd/VA Tolls
PO Box 1234
Clifton Forge, VA 24422-0724

Geico Choice Co
Region 7 Return Policy Work
PO Box 9520
Fredericksburg, VA 22403-9519

Goldman Sachs Bank NA
PO Box 45400
Salt Lake City, UT 84145-0400

MD Transp Authority
PO Box 12853
Philadelphia, PA 19176-0853

(p)NJ EZPASS
ATTN ATTN NJ EZPASS/ JASMINE JENKINS
375 MCCARTER HIGHWAY
SUITE 200
NEWARK NJ 07114-2562

Nancy Ho
119 Ave. F Fl. 2
Brooklyn, NY 11218-5601

Navy Federal
PO Box 3100
Merrifield, VA 22119-3100

Net Credit
175 W Jackson Blvd
Ste 1
Chicago, IL 60604-2863

PAM VA DOT
PO Box 500
Horseheads, NY 14845-0500

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Port Auth NY NJ
PO Box 15183
Albany, NY 12212-5183

SFMC Community Assn Mgt
PO Box 66571
Phoenix, AZ 85082-6571

Synchrony Bank
PO Box 4068
Greensboro, NC 27404-4068

The Northstar Companies
4285 Genesee St
Cheektowaga, NY 14225-1943

Transworld Systems
PO Box 15618
Wilmington, DE 19850-5618

(p)U S  BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101-4531

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171-6456

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314-2853

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

NJ EZ Pass
PO Box 4971
Trenton, NJ 08650

PNC Bank
PO Box 71335
Philadelphia, PA 19176

U.S. Bank
PO Box 21948
Eagan, MN 55121

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31