**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Alexandria_____ Division

In re  John Paul Pelaez

Case No.  25-10671-KHK

Debtor(s)                    Chapter 13

**ORDER EXTENDING TIME TO FILE CHAPTER 13 PLAN, LISTS, SCHEDULES
AND STATEMENTS AND REQUIRING DEBTOR TO GIVE NOTICE;
AND HEARING THEREON**

The debtor(s) have filed a motion to extend the time for filing their Chapter 13 plan, lists, schedules and statements. Accordingly it is **ORDERED** that

1. the debtor's motion to extend the time to file a plan is granted.

2. the deadline for filing a Chapter 13 plan is extended to _____04/28/2025_____.

**3**. **the debtor(s) shall forthwith notify the trustee and all creditors of the respective deadline set for the filing of the plan.**

4. under authority of Local Bankruptcy Rule 1007-1, the time is extended to _____04/29/2025_____ for filing all lists, schedules and statements.

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Date*:  5/15/2025
*Time*:  1:30 PM
*Location*: U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE: **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time. The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

Date:  April 15, 2025          By  /s/ Michelle Stehle
                                        Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
April 15, 2025

[oex13ps ver. 01/25]

Case 25-10671-KHK   Doc 13   Filed 04/17/25   Entered 04/18/25 00:16:25   Desc Imaged
Certificate of Notice   Page 2 of 3

United States Bankruptcy Court

Eastern District of Virginia

In re:  
John Paul Pelaez  
    Debtor

Case No. 25-10671-KHK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: MichelleS      Page 1 of 2  
Date Rcvd: Apr 15, 2025      Form ID: pdford6      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456 |
| 16679891 | + | ACI, PO Box 8525, Coral Springs, FL 33075-8525 |
| 16679892 | + | American Honda Finance Corp, P.O. Box 166649, Irving, TX 75016-6649 |
| 16679899 | + | DRBA, PO Box 4971, Trenton, NJ 08650-4971 |
| 16679898 | + | Discover, PO Box 30916, Salt Lake City, UT 84130-0916 |
| 16679900 | + | Dulles Toll Rd/VA Tolls, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16679904 | + | Nancy Ho, 119 Ave. F Fl. 2, Brooklyn, NY 11218-5601 |
| 16679908 | + | PAM VA DOT, PO Box 500, Horseheads, NY 14845-0500 |
| 16679910 | + | Port Auth NY NJ, PO Box 15183, Albany, NY 12212-5183 |
| 16679911 | + | SFMC Community Assn Mgt, PO Box 66571, Phoenix, AZ 85082-6571 |
| 16679912 | + | Synchrony Bank, PO Box 4068, Greensboro, NC 27404-4068 |
| 16679913 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 16 2025 02:30:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 16682956 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 16 2025 02:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 16679894 | ^ | MEBN | Apr 16 2025 02:24:58 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16679893 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 02:29:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16679895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 02:36:23 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16679896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 02:36:17 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16679897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 16 2025 02:31:00 | Credit Collecton Serv, 725 Canton St, Norwood, MA 02062-2679 |
| 16679901 | + | Email/Text: argbsref@geico.com | Apr 16 2025 02:30:00 | Geico Choice Co, Region 7 Return Policy Work, PO Box 9520, Fredericksburg, VA 22403-9519 |
| 16679902 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 16 2025 02:30:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 16679903 | + | Email/Text: mdtaoag@mdta.state.md.us | Apr 16 2025 02:30:00 | MD Transp Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 16679907 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 16 2025 02:29:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 16689997 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 16 2025 02:29:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 16679905 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 16 2025 02:31:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16679906 | + | Email/Text: netcreditbnc@enova.com | Apr 16 2025 02:31:00 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 16679908 | ^ | MEBN | Apr 16 2025 02:24:44 | PAM VA DOT, PO Box 500, Horseheads, NY 14845-0500 |
| 16679909 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 16 2025 02:29:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176 |
| 16679914 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 16 2025 02:31:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 16679915 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Apr 16 2025 02:30:00 | U.S. Bank, PO Box 21948, Eagan, MN 55121 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 3