# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 25−10671−KHK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−2116

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor: NA

## ORDER DENYING CONFIRMATION
## AND NOTICE THAT CASE MAY BE DISMISSED IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015−2 ARE NOT MET

   Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

   **ORDERED** that confirmation of the debtor's plan filed September 8, 2025 is denied; and it is further

   **ORDERED** that unless the Court has entered an order previously confirming a Chapter 13 Plan, the debtor shall take take one of the actions enumerated in Local Bankruptcy Rule 3015−2 within twenty one (21) days from this Order and that the failure to do so **may result in the dismissal of this Chapter 13 bankruptcy case**; and it is further

   **ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date: September 9, 2025                              /s/ Klinette H. Kindred
                                                     United States Bankruptcy Judge

                                                     NOTICE OF JUDGMENT OR ORDER
                                                     ENTERED ON DOCKET:
[odenyconvNov2019.jsp]                               Date: September 9, 2025

# United States Bankruptcy Court
## Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-10671-KHK |
| John Paul Pelaez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: DaynaMace | Page 1 of 1 |
| Date Rcvd: Sep 09, 2025 | Form ID: odenycon | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 11, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig Andrew Edelman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION craig.edelman@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 4