**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____ Alexandria _____ **Division**

In re   John Paul Pelaez

Case No.  25-10671-KHK

Debtor(s)                 Chapter        13

## ORDER OF DISMISSAL
## UPON DENIAL OF CONFIRMATION

On _____ 09/09/2025 _____, the Court entered an Order Denying Confirmation and providing that the debtor's case would be dismissed unless, within 21 days, the debtor(s) took action under Local Bankruptcy Rule 3015-2;

___X___  It appears that the debtor(s) has not taken such action within the time given,

_____  The debtor(s) having requested and received an extension of time within which to take action under Local Bankruptcy Rule 3015-2.  It appears that the debtor(s) has not taken such action within the time given,

It is, therefore,

**ORDERED**, pursuant to Local Bankruptcy Rule 3015-2, that the above case be dismissed; and it is further

_[If appropriate]_  **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of    $ _____ 0.00 _____ to the Clerk of Court within 14 days of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The trustee need not file a final report in this case unless property or money was administered.

CHARRI S. STEWART
Clerk of Court

Date: __October 2, 2025_____

By /s/ Michelle Stehle_____
                    Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

October 2, 2025_____

[odisdnco ver. 01/25]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                              Case No. 25-10671-KHK
John Paul Pelaez                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9                          User: MichelleS                          Page 1 of 1
Date Rcvd: Oct 02, 2025                        Form ID: pdford6                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

**Recip ID**    **Recipient Name and Address**
db       + John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Craig Andrew Edelman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION craig.edelman@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com  tgorman26@gmail.com |

TOTAL: 4