# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria **Division**

In re: John Paul Pelaez

Case Number: 25-10671-KHK

Chapter 13

Debtor(s)

## ORDER VACATING ORDER OF DISMISSAL

An Order of Dismissal was entered in this case on  October 2, 2025 .

The Court has determined that the Order of Dismissal was entered inadvertently, due to administrative error, and it is therefore,

ORDERED that the Order of Dismissal is vacated.

Date: Oct 5 2025

/s/ Klinette H Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

Oct 6 2025

[ver. 12/03]