# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria **Division**

In re: John Paul Pelaez

Case Number: 25-10671-KHK

Chapter: 13

Debtor(s)

## ORDER VACATING ORDER OF DISMISSAL

An Order of Dismissal was entered in this case on _____October 2, 2025_____.

The Court has determined that the Order of Dismissal was entered inadvertently, due to administrative error, and it is therefore,

ORDERED that the Order of Dismissal is vacated.

Date: _____Oct 5 2025_____

/s/ Klinette H Kindred
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER ENTERED ON DOCKET:

_____Oct 6 2025_____

[ver. 12/03]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                      Case No. 25-10671-KHK
John Paul Pelaez                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: MichelleS      Page 1 of 3
Date Rcvd: Oct 06, 2025      Form ID: pdford9      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Pelaez, 13631 Dulles Technology Dr, Herndon, VA 20171-6456 |
| 16679891 | + | ACI, PO Box 8525, Coral Springs, FL 33075-8525 |
| 16679892 | + | American Honda Finance Corp, P.O. Box 166649, Irving, TX 75016-6649 |
| 16679899 | + | DRBA, PO Box 4971, Trenton, NJ 08650-4971 |
| 16679898 | + | Discover, PO Box 30916, Salt Lake City, UT 84130-0916 |
| 16679900 | + | Dulles Toll Rd/VA Tolls, PO Box 1234, Clifton Forge, VA 24422-0724 |
| 16679904 | + | Nancy Ho, 119 Ave. F Fl. 2, Brooklyn, NY 11218-5601 |
| 16679910 | + | Port Auth NY NJ, PO Box 15183, Albany, NY 12212-5183 |
| 16679911 | + | SFMC Community Assn Mgt, PO Box 66571, Phoenix, AZ 85082-6571 |
| 16679912 | + | Synchrony Bank, PO Box 4068, Greensboro, NC 27404-4068 |
| 16679913 | + | The Northstar Companies, 4285 Genesee St, Cheektowaga, NY 14225-1943 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 07 2025 01:11:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Oct 07 2025 01:11:00 | U.S. BANK NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 16682956 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 07 2025 01:12:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 16679894 | ^ | MEBN | Oct 07 2025 00:59:18 | BWW Law Group, 8100 Three Chopt Rd, Ste 240, Richmond, VA 23229-4833 |
| 16679893 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2025 01:10:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16726259 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 07 2025 01:10:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 16679895 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2025 01:27:32 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16736091 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2025 01:09:11 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16679896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 07 2025 01:30:22 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 16679897 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 07 2025 01:12:00 | Credit Collecton Serv, 725 Canton St, Norwood, MA 02062-2679 |

Case 25-10671-KHK   Doc 31   Filed 10/08/25   Entered 10/09/25 00:15:41   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0422-9 | User: MichelleS | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2025 | Form ID: pdford9 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16679901 | + | Email/Text: argbsref@geico.com | Oct 07 2025 01:11:00 | Geico Choice Co, Region 7 Return Policy Work, PO Box 9520, Fredericksburg, VA 22403-9519 |
| 16679902 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 07 2025 01:11:00 | Goldman Sachs Bank NA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 16714652 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 07 2025 01:09:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16679903 | + | Email/Text: mdtaoag@mdta.state.md.us | Oct 07 2025 01:11:00 | MD Transp Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 16679907 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 07 2025 01:10:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650 |
| 16689997 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 07 2025 01:10:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 16679905 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 07 2025 01:12:00 | Navy Federal, PO Box 3100, Merrifield, VA 22119-3100 |
| 16679906 | + | Email/Text: netcreditbnc@enova.com | Oct 07 2025 01:12:00 | Net Credit, 175 W Jackson Blvd, Ste 1, Chicago, IL 60604-2863 |
| 16679908 | ^ | MEBN | Oct 07 2025 00:59:12 | PAM VA DOT, PO Box 500, Horseheads, NY 14845-0500 |
| 16679909 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2025 01:10:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176 |
| 16738610 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 07 2025 01:10:00 | PNC Bank, N.A., PO BOX 94982, Cleveland, OH 44101 |
| 16679914 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 07 2025 01:12:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 16679915 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Oct 07 2025 01:11:00 | U.S. Bank, PO Box 21948, Eagan, MN 55121 |
| 16702361 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Oct 07 2025 01:11:00 | U.S. Bank National Association, c/o U.S. Bank Home Mortgage,, a division of U.S. Bank N.A., 2800 Tamarack Road, Owensboro, Kentucky 42301 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 16755876 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig Andrew Edelman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION craig.edelman@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Daniel M. Press | on behalf of Debtor John Paul Pelaez dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Thomas P. Gorman | ch13alex@gmail.com tgorman26@gmail.com |

TOTAL: 4