BWW#: VA-374532

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

IN RE:

JOHN PAUL PELAEZ
    Debtor

Case No.: 25-10671-KHK

Chapter: 13

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Barry Spear and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of U.S. Bank National Association ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Barry Spear
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com

Respectfully Submitted,
BWW Law Group, LLC

Dated: <u>November 13, 2025</u>

<u>    /s/ Barry Spear    </u>
Barry Spear, VSB# 39152
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 13th day of November, 2025, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

Daniel M Press, Esq.
6718 Whittier Ave., Suite 200
McLean, VA 22101

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

_____/s/ Barry Spear_____
Barry Spear, VSB# 39152
BWW Law Group, LLC
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*