**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| IN RE: | Case No. 25-10671-KHK |
| JOHN PAUL PELAEZ | |
|     Debtor | Chapter 13 |
| _____ | |
| U.S. BANK NATIONAL ASSOCIATION | |
|     Movant | |
| v. | |
| JOHN PAUL PELAEZ | |
|     Debtor/Respondent | |
| and | |
| NANCY THU HIEN HO | |
|     Co-Debtor/Co-Respondent | |
| and | |
| THOMAS P. GORMAN | |
|     Trustee/Respondent | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**
**PURSUANT TO 11 U.S.C. § 1301(c)(3)**

    U.S. Bank National Association ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, and pursuant to 11 U.S.C. § 1301(c)(3), for relief from the Co-Debtor stay, with respect to certain real property of the Debtor having an address of 13631 Dulles Technology Dr, Herndon, Virginia 20171 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

    1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 & 157.

    2.    A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on April 1, 2025.

    3.    A Chapter 13 Plan was confirmed on October 22, 2025.

    4.    The Debtor, John P. Pelaez, has executed and delivered or are otherwise obligated with respect to that certain promissory note in the original principal amount of $690,074.00 (the

---

Barry Spear, VSB# 39152
8100 Three Chopt Rd.
Suite 240
Richmond, VA 23229
(804) 282-0463(Phone)
*Attorney for the Movant*

"Note"). A copy of the Note is attached hereto as Exhibit 1. Movant is an entity entitled to enforce the Note.

5. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor, John P. Pelaez and Co-Debtor, Nancy Thu Hien Ho under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the office of the Clerk of the Circuit Court of Fairfax County, Virginia. A copy of the recorded Deed of Trust is attached hereto as Exhibit 2.

6. The legal description of the Property is:

Condominium UNIT 154, LIBERTY PARK CONDOMINIUM, PHASE 2, as defined and described in the Declaration for Liberty Park Condominium, and the plats and plans thereto attached, as recorded in Deed Book 27540 at Page 1074, as amended to add Phase 2 in Deed Book 27708 at Page 2109, and any and all subsequent amendments thereto, as recorded among the Land Records of Fairfax County, Virginia.

TOGETHER WITH all common elements, appurtenances, rights and privileges thereto belonging as the same are contained and defined in the aforesaid Declaration, which shall include any and all future amendments thereto.

7. The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition arrears of $47,945.63. The prepetition arrearage is detailed in the Movant's Proof of Claim.

8. As of November 3, 2025, the outstanding amount of the Obligations due to the Movant, less any partial payments or suspense balance is:

| Unpaid Principal Balance | $665,789.68 |
|---|---:|
| Unpaid Accrued Interest | $29,287.93 |
| NSF Fees | $0.00 |
| Uncollected Late Charges | $137.82 |
| Mortgage Insurance Premium | $1,115.34 |
| Taxes and Insurance Payments on behalf of Debtor | $17,917.16 |
| Interest on Advance | $0.00 |
| Other Fees | $0.00 |
| Other Costs | $3,555.19 |
| Less Partial Payments | $-5,827.84 |
| Minimum Outstanding Obligations | $711,975.28 |

9. The following chart sets forth the number and amount of postpetition payments due pursuant to the terms of the Note that have been missed by the Debtor as of November 3, 2025:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 3 | 09/01/2025 | 11/01/2025 | $4,625.58 | $13,876.74 |
| | Less postpetition partial payments (suspense balance): | | | $-3,423.32 |

**Total Postpetition Payments:**     **$10,453.42**

10. The estimated value of the Property is $749,100.00. The basis for such valuation is Debtor`s Schedules.

11. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

12. Cause exists for relief from the automatic stay as the post-petition payments required by the confirmed plan have not been made and the Movant lacks adequate protection.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. Relief from the co-debtor stay imposed by 11 U.S.C § 1301(a).

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

                                               Respectfully Submitted,

Dated: <u>November 17, 2025</u>           __/s/ Barry Spear_____
                                               Barry Spear VSB# 39152
                                               BWW Law Group, LLC
                                               8100 Three Chopt Rd.
                                               Suite 240
                                               Richmond, VA 23229
                                               (804) 282-0463 (phone)
                                               (804) 282-0541 (facsimile)
                                               bankruptcy@bww-law.com
                                               *Attorney for the Movant*

## **CERTIFICATE OF SERVICE**

      I certify that on this 17th day of November, 2025, the following person(s) were or will be served with a copy of the foregoing Motion for Relief from Automatic Stay, and Motion for Relief from Co-Debtor Stay Pursuant to 11 U.S.C. § 1301(c)(3) electronically via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

Nancy Thu Hien Ho
13631 Dulles Technology Dr
Herndon, VA 20171

Dated: __11/17/2025_____       _/s/ Barry Spear_____
                                           Barry Spear VSB# 39152
                                           BWW Law Group, LLC
                                           8100 Three Chopt Rd.
                                           Suite 240
                                           Richmond, VA 23229
                                           (804) 282-0463 (phone)
                                           (804) 282-0541 (facsimile)
                                           bankruptcy@bww-law.com
                                           *Attorney for the Movant*