BWW#:VA-374532

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

IN RE:                                        Case No. 25-10671-KHK
JOHN PAUL PELAEZ             Chapter 13
     Debtor

### NOTICE OF MOTION AND NOTICE OF HEARING

     U.S. Bank National Association ("Movant"), by and through its counsel, has filed papers with the court to grant relief from the automatic stay and co-debtor stay in the above captioned matter.

### NOTICE

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**IF YOU DO NOT WISH THE COURT TO GRANT THE RELIEF SOUGHT IN THE MOTION, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN WITHIN 14 DAYS FROM THE DATE OF SERVICE OF THIS MOTION, YOU MUST FILE A WRITTEN RESPONSE EXPLAINING YOUR POSITION WITH THE COURT AND SERVE A COPY ON THE MOVANT. UNLESS A WRITTEN RESPONSE IS FILED AND SERVED WITHIN THIS 14-DAY PERIOD, THE COURT MAY DEEM OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED, AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

**IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE EXPIRATION OF THE 14- DAY PERIOD (OR 21 DAYS FOR CO-DEBTOR).**

---
Barry Spear, Esq., VSB# 39152
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463
*Counsel for the Movant*

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before December 1, 2025 (or December 8, 2025 if you are the co-debtor), you or your attorney must:

- File with the court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    The address of the clerk's office is as follows:

    > Clerk of Court
    > United States Bankruptcy Court
    > 200 S. Washington Street
    > Alexandria, Virginia 22314

    You must **also** mail a copy to the persons listed below.

- Attend the hearing on the motion scheduled to be held on December 18, 2025, at 11:00 AM at U.S. Bankruptcy Court, 200 S. Washington St., Courtroom III, Alexandria, Virginia 22314-5405. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

- A copy of any written response must be mailed to the following persons:

    > Barry Spear, Esq.
    > 8100 Three Chopt Road, Suite 240
    > Richmond, VA 23229

    > Thomas P. Gorman, Chapter 13 Trustee
    > 1414 Prince St., Ste. 202
    > Alexandria, VA 22314

    > Daniel M. Press, Esq.
    > Chung & Press, P.C.
    > 6718 Whittier Ave., Suite 200
    > McLean, VA 22101

        John Paul Pelaez
        13631 Dulles Technology Dr
        Herndon, VA 20171

        Nancy Thu Hien Ho
        13631 Dulles Technology Dr
        Herndon, VA 20171

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

                              Respectfully Submitted,

Dated:  November 17, 2025        __/s/ Barry Spear_____
                                 Barry Spear, Esq., VSB# 39152
                                 BWW Law Group, LLC
                                 8100 Three Chopt Rd.
                                 Suite 240
                                 Richmond, VA 23229
                                 (804) 282-0463 (phone)
                                 (804) 282-0541 (facsimile)
                                 bankruptcy@bww-law.com
                                 *Counsel for the Movant*

# **CERTIFICATION**

   I hereby certify that on this 17th day of November, 2025, the following person(s) were or will be served with a copy of the foregoing Notice of Motion and Notice of Hearing via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
1414 Prince St. Ste. 202
Alexandria, VA 22314

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

Nancy Thu Hien Ho
13631 Dulles Technology Drive
Herndon, VA 20171

                _/s/ Barry Spear_____
                Barry Spear, Esq., VSB# 39152
                BWW Law Group, LLC
                8100 Three Chopt Rd.
                Suite 240
                Richmond, VA 23229
                (804) 282-0463 (phone)
                (804) 282-0541 (facsimile)
                bankruptcy@bww-law.com
                *Counsel for the Movant*