UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In the Matter of:<br><br>JOHN PAUL PELAEZ<br>　　　　　　　　　　DEBTOR<br>U.S. BANK NATIONAL ASSOCIATION<br>　　　　　　　　　　Movant<br><br>　　v.<br><br>John Paul Pelaez<br>and<br>Thomas P. Gorman, Trustee, | Chapter 13<br><br>Case No. 25-10671-KHK |

## ANSWER AND REPORT OF TRUSTEE
## TO RELIEF FROM STAY MOTION

COMES NOW Thomas P. Gorman, the Chapter 13 Trustee named upon this Motion for Relief from Stay, and for his Answer and Report to this matter, submits the following.

(1)　　The Plan of this Chapter 13 Case was confirmed by the Court on 10/22/2025, and provides for payment of the secured creditor as follows:

　　　　(a)　　Pre-petition arrearage claim of $47,945.63 by monthly installments of $941.00 including 0.000% from the payments made under this confirmed Plan.
　　　　(b)　　Post-petition regular monthly payments directly by the Debtor.

(2)　　No record of Post-petition regular monthly installments is maintained by this Trustee; and he is without sufficient knowledge, information or belief to answer allegations of the Motion regarding failure of the Debtor to make such installments; and that this Trustee demands strict proof thereof.

ANSWER & REPORT OF TRUSTEE, PAGE 2
CASE #25-10671-KHK

(3) The payments to date on the arrearage claim of this Secured Creditor are reflected opposite the name of the Secured Creditor on the attached periodic report of the accounts of this Chapter 13 case; and that such periodic report represents a true and correct statement of all receipts and disbursements in this Chapter 13 case to the date indicated.

AND HAVING FULLY ANSWERED, your Trustee prays for such disposition of this Motion as to this Court seems just.

Date:  November 19, 2025              __/s/ Thomas P. Gorman_____
                                                  Thomas P. Gorman
                                                  Chapter 13 Trustee
                                                  1414 Prince Street, Suite 202
                                                  Alexandria, VA 22314
                                                  (703) 836-2226
                                                  VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer & Report of Trustee was served via ECF to authorized users or mailed to counsel for the Movant and counsel for the Debtor, or to Debtor Pro Se, this 19th day of November 2025.

                                                  /s/ Thomas P. Gorman_____
                                                  Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 11/19/2025

CASE NO: 25-10671-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2116
PELAEZ, JOHN PAUL
AKA:

DATE FILED: 04/01/2025
CONFIRMED: 10/22/2025
LATEST 341: 05/06/2025
PERCENTAGE: 16.000
PLAN: 60 MONTHS
1st PAYMENT DUE: 05/2025
ON SCHEDULE: 6,500.00
ACTUAL PAYMENTS: 7,650.00
AMOUNT BEHIND: 0.00

13631 DULLES TECHNOLOGY DR
HERNDON, VA 20171

ATTORNEY: DANIEL M. PRESS, ESQUIRE
CHUNG & PRESS, P.C.
6718 WHITTIER AVE. STE. 200
MCLEAN, VA 22101
Phone:703 734-3800 Fax:

Needed to Complete Base:
BASE: 68,600.00
60,950.00

SCHEDULE: 1,150.00 MONTHLY
TOTAL PAID: 7,650.00

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 11/17/25 | MO | 500.00 |
| 11/17/25 | MO | 150.00 |
| 11/17/25 | MO | 500.00 |
| 10/20/25 | CC/BANK OF AMERIC | 1,150.00 |
| 09/22/25 | CC/BANK OF AMERIC | 1,150.00 |
| 08/21/25 | CC/BANK OF AMERIC | 1,050.00 |
| 07/09/25 | CC/BANK OF AMERIC | 1,050.00 |
| 06/05/25 | CC/BANK OF AMERIC | 1,050.00 |
| 05/08/25 | CC/BANK OF AMERIC | 1,050.00 |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 354733 | U.S. BANK HOME MORTGAGE | FIX | SEC 100.00 | 0.00 0.00 | 0.00 0.00 | 47,945.63 47,945.63 | 47,945.63 47,945.63 | 0.00 0.00 | 47,945.63 0.00 |
| 002 | 313319 | AMERICAN HONDA FINANCE CORPORAT LEASED | FIX | SEC 100.00 | 0.00 0.00 | 670.00 0.00 | 2,006.39 2,006.39 | 2,006.39 2,006.39 | 0.00 0.00 | 2,006.39 0.00 |
| 003 | 353373 | BANK OF AMERICA | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 8,482.69 13,055.24 | 8,482.69 1,357.23 | 0.00 0.00 | 1,357.23 0.00 |
| 003A | 353373 | BANK OF AMERICA | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 4,572.55 0.00 | 4,572.55 731.61 | 0.00 0.00 | 731.61 0.00 |
| 004 | 354920 | CAPITAL ONE | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 5,849.67 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 005 | 354920 | CAPITAL ONE | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 958.46 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 006 | 351081 | CITIBANK, NA | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 2,764.93 1,850.00 | 2,764.93 442.39 | 0.00 0.00 | 442.39 0.00 |
| 007 | 313486 | DISCOVER BANK | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 6,140.04 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 357072 | DRBA | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 100.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 356393 | DULLES TOLL ROAD | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 476.70 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 347336 | GEICO | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 300.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 011 | 357073 | GOLDMAN SACKS BANK NA | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 8,140.23 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 012 | 353308 | MARYLAND TRANSPORTATION AUTHOR | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 42.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 013 | 306558 | NAVY FEDERAL CREDIT UNION | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 286.65 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 341739 | NET CREDIT | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 2,490.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 015 | 356841 | NEW JERSEY TURNPIKE AUTHORITY | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 284.25 284.25 | 284.25 45.48 | 0.00 0.00 | 45.48 0.00 |
| 016 | 354789 | PAM-VA DOT | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 315.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 017 | 324372 | PNC BANK, NATIONAL ASSOCIATION | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 12,112.81 12,112.81 | 12,112.81 1,938.05 | 0.00 0.00 | 1,938.05 0.00 |
| 018 | 357074 | PORT AUTH NY NJ | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 76.57 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 019 | 346590 | SFMC | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 0.00 277.97 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 020 | LVNV | LVNV FUNDING LLC | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 4,592.23 4,592.23 | 4,592.23 734.76 | 0.00 0.00 | 734.76 0.00 |
| 021 | 313319 | AMERICAN HONDA FINANCE CORPORAT | PRO | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 722.01 722.01 | 722.01 115.52 | 0.00 0.00 | 115.52 0.00 |
| 022 | HONDA | AMERICAN HONDA FINANCE CORPORAT UNLISTED - LATED FILED CLAIM | PRO-A | UNS 16.00 | 0.00 0.00 | 0.00 0.00 | 651.79 0.00 | 651.79 104.29 | 0.00 0.00 | 104.29 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 12.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 11/19/2025

CASE NO: 25-10671-KHK
STATUS: BASE PLAN

DEBTOR: XXX-XX-2116
PELAEZ, JOHN PAUL                                     SCHEDULE:    1,150.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO / 10/2025 | ATY / 100.00 | | 0.00 / 0.00 | 6,563.00 / 6,750.00 | 6,563.00 / 6,563.00 | 5,019.00 / 0.00 | 1,544.00 / 0.00 |
| | | Trustee Administrative Fees | | | | | | 528.00 | 528.00 | |
| | | | | | TOTALS: | 670.00 / 0.00 | 90,698.28 / 114,771.85 | 91,226.28 / 62,512.35 | 5,547.00 / 0.00 | 56,965.35 / 0.00 |

|  | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,750.00 | 0.00 | 49,952.02 | 58,069.83 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,563.00 | 0.00 | 49,952.02 | 5,469.33 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 5,019.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,544.00 | 0.00 | 49,952.02 | 5,469.33 | 0.00 | DUE CREDITORS: | 56,965.35 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 5,425.95 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 2,103.00 |
| BALANCE DUE: | 0.00 | 1,544.00 | 0.00 | 49,952.02 | 5,469.33 | 0.00 | APPROX BALANCE: | 60,288.30 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.                                                                  Case Power® 12.5