BWW#:VA-374532

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: | Case No. 25-10671-KHK |
| JOHN PAUL PELAEZ | |
|     Debtor | Chapter 13 |
| _____ | |
| U.S. BANK NATIONAL ASSOCIATION | |
|     Movant | |
| v. | |
| JOHN PAUL PELAEZ | |
|     Debtor/Respondent | |
| and | |
| NANCY THU HIEN HO | |
|     Co-Debtor/Co-Respondent | |
| and | |
| THOMAS P. GORMAN | |
|     Trustee/Respondent | |

## NOTICE OF VOLUNTARY WITHDRAWAL OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

    COMES NOW, U.S. Bank National Association (the "Movant), by and through counsel, and hereby withdraws, without prejudice, its Motion for Relief from the Automatic Stay filed on November 17, 2025 with respect to the real property known as 13631 Dulles Technology Drive , Unit 154, Herndon, VA 20171.

Respectfully Submitted,

Dated: December 17, 2025

__/s/ Barry Spear_____
Barry Spear VSB# 39152
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

_____
Barry Spear, VSB# 39152
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463(Phone)
*Counsel for the Movant*

## **CERTIFICATE OF SERVICE**

      I certify that on this 17th day of December, 2025, the following person(s) were or will be served with a copy of the foregoing Notice of Withdrawal of Motion for Relief from the Automatic Stay electronically via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
1414 Prince St. Ste. 202
Alexandria, VA 22314

Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

John Paul Pelaez
13631 Dulles Technology Dr
Herndon, VA 20171

Nancy Thu Hien Ho
13631 Dulles Technology Drive
Herndon, VA 20171

                                                                           /s/ Barry Spear
                                            Barry Spear VSB# 39152
                                            BWW Law Group, LLC
                                            8100 Three Chopt Road, Suite 240
                                            Richmond, VA 23229
                                            (804) 282-0463 (phone)
                                            (804) 282-0541 (facsimile)
                                            bankruptcy@bww-law.com
                                            *Counsel for the Movant*