**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| JOHN PAUL PELAEZ | Case No. 25-10671-KHK |
| Debtor | |

**MOTION TO DISMISS,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

> **Violation of 11 U.S.C. §1307(c)(6)** – Material default by Debtor as is reflected in the attached Trustee's Report of Receipts and Disbursements.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1.  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before twenty-one days from the service of this notice.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
John Paul Pelaez, Case #25-10671-KHK

***Attend the hearing to be held on July 2, 2026 at 1:30 p.m., in Courtroom III on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
1414 Prince Street, Suite 202
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _June 3, 2026_____          __/s/ Thomas P. Gorman_____
                                  Thomas P. Gorman
                                  Chapter 13 Trustee
                                  1414 Prince Street, Suite 202
                                  Alexandria, VA 22314
                                  (703) 836-2226
                                  VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of June, 2026, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

John Paul Pelaez                  Daniel M. Press, Esquire
Chapter 13 Debtor                 Attorney for Debtor
13631 Dulles Technology Dr        Chung & Press, P.C.
Herndon, VA 20171                 6718 Whittier Ave. Ste. 200
                                  Mclean, VA 22101

                                  __/s/ Thomas P. Gorman_____
                                  Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 06/03/2026

CASE NO: 25-10671-KHK

STATUS:  BASE PLAN

DEBTOR:  XXX-XX-2116
PELAEZ, JOHN PAUL
AKA:

DATE FILED: 04/01/2025      13631 DULLES TECHNOLOGY DR
HERNDON, VA 20171
CONFIRMED: 10/22/2025

LATEST 341: 05/06/2025

PERCENTAGE:    16.000

PLAN: 60 MONTHS       ATTORNEY: DANIEL M. PRESS, ESQUIRE
CHUNG & PRESS, P.C.
1st PAYMENT DUE:  05/2025      6718 WHITTIER AVE. STE. 200

ON SCHEDULE:      14,550.00      MCLEAN, VA 22101

ACTUAL PAYMENTS:      12,250.00      Phone:703 734-3800 Fax:

AMOUNT BEHIND:      2,300.00      Needed to Complete Base:

BASE:      68,600.00
56,350.00

| SCHEDULE: | 1,150.00 MONTHLY |
|---|---|
| TOTAL PAID: | 12,250.00 |

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 03/16/26 | MO | 500.00 |
| 03/16/26 | MO | 500.00 |
| 03/16/26 | MO | 150.00 |
| 02/20/26 | MO | 150.00 |
| 02/20/26 | MO | 500.00 |
| 02/20/26 | MO | 500.00 |
| 02/05/26 | MO | 500.00 |
| 02/05/26 | MO | 150.00 |
| 02/05/26 | MO | 500.00 |
| 12/17/25 | MO | 500.00 |
| 12/17/25 | MO | 150.00 |
| 12/17/25 | MO | 500.00 |
| 11/17/25 | MO | 150.00 |
| 11/17/25 | MO | 500.00 |

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN / INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED / TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 354733 | U.S. BANK HOME MORTGAGE | FIX 03/2026 | SEC 100.00 | | 941.00 1,957.12 | 47,945.63 47,945.63 | 47,945.63 47,945.63 | 2,747.88 0.00 | 45,197.75 0.00 |
| 002 | 313319 | AMERICAN HONDA FINANCE CORPORA LEASED | FIX 03/2026 | SEC 100.00 | | 670.00 -650.73 | 2,006.39 2,006.39 | 2,006.39 2,006.39 | 1,987.12 0.00 | 19.27 0.00 |
| 003 | 353373 | BANK OF AMERICA | PRO | UNS 16.00 | | 0.00 0.00 | 8,482.69 13,055.24 | 8,482.69 1,357.23 | 0.00 0.00 | 1,357.23 0.00 |
| 003A | 353373 | BANK OF AMERICA | PRO | UNS 16.00 | | 0.00 0.00 | 4,572.55 0.00 | 4,572.55 731.61 | 0.00 0.00 | 731.61 0.00 |
| 004 | 354920 | CAPITAL ONE | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 5,849.67 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 005 | 354920 | CAPITAL ONE | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 958.46 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 006 | 351081 | CITIBANK, NA | PRO-A | UNS 16.00 | | 0.00 0.00 | 2,764.93 1,850.00 | 2,764.93 442.39 | 0.00 0.00 | 442.39 0.00 |
| 007 | 313486 | DISCOVER BANK | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 6,140.04 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 008 | 357072 | DRBA | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 100.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 009 | 356393 | DULLES TOLL ROAD | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 476.70 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 010 | 347336 | GEICO | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 300.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 011 | 357073 | GOLDMAN SACKS BANK NA | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 8,140.23 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 012 | 353308 | MARYLAND TRANSPORTATION AUTHOR | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 42.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 013 | 306558 | NAVY FEDERAL CREDIT UNION | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 286.65 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 014 | 341739 | NET CREDIT | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 2,490.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 015 | 356841 | NEW JERSEY TURNPIKE AUTHORITY | PRO | UNS 16.00 | | 0.00 0.00 | 284.25 284.25 | 284.25 45.48 | 0.00 0.00 | 45.48 0.00 |
| 016 | 354789 | PAM-VA DOT | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 315.00 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 017 | 324372 | PNC BANK, NATIONAL ASSOCIATION | PRO | UNS 16.00 | | 0.00 0.00 | 12,112.81 12,112.81 | 12,112.81 1,938.05 | 0.00 0.00 | 1,938.05 0.00 |
| 018 | 357074 | PORT AUTH NY NJ | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 76.57 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 019 | 346590 | SFMC | PRO | UNS 16.00 | | 0.00 0.00 | 0.00 277.97 | 0.00 0.00 | 0.00 0.00 | Not Filed 0.00 |
| 020 | LVNV | LVNV FUNDING LLC | PRO | UNS 16.00 | | 0.00 0.00 | 4,592.23 4,592.23 | 4,592.23 734.76 | 0.00 0.00 | 734.76 0.00 |
| 021 | 313319 | AMERICAN HONDA FINANCE CORPORA | PRO | UNS 16.00 | | 0.00 0.00 | 722.01 722.01 | 722.01 115.52 | 0.00 0.00 | 115.52 0.00 |
| 022 | HONDA | AMERICAN HONDA FINANCE CORPORA UNLISTED - | PRO | UNS 16.00 | | 0.00 0.00 | 651.79 0.00 | 651.79 104.29 | 0.00 0.00 | 104.29 0.00 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5

# Thomas P. Gorman, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 06/03/2026

CASE NO: 25-10671-KHK

STATUS: BASE PLAN

DEBTOR: XXX-XX-2116

PELAEZ, JOHN PAUL

SCHEDULE:   1,150.00 MONTHLY

### PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 799 | 264693 | DANIEL M. PRESS, ESQUIRE | PRO 12/2025 | ATY 100.00 | | 0.00 0.00 | 6,563.00 6,750.00 | 6,563.00 6,563.00 | 6,563.00 0.00 | 0.00 0.00 |
| | | Trustee Administrative Fees | | | | | | 942.00 | 942.00 | |
| | | | | TOTALS: | | 1,611.00 1,306.39 | 90,698.28 114,771.85 | 91,640.28 62,926.35 | 12,240.00 0.00 | 50,686.35 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 6,750.00 | 0.00 | 49,952.02 | 58,069.83 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 6,563.00 | 0.00 | 49,952.02 | 5,469.33 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 6,563.00 | 0.00 | 4,735.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 0.00 | 0.00 | 45,217.02 | 5,469.33 | 0.00 | DUE CREDITORS: | 50,686.35 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 5,011.95 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 10.00 |
| BALANCE DUE: | 0.00 | 0.00 | 0.00 | 45,217.02 | 5,469.33 | 0.00 | APPROX BALANCE: | 55,688.30 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court

by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.

Case Power® 14.5