UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re                                                    )
                                                         )
John Paul Pelaez                                         )
                                                         )        No. 25−10671−KHK
                    Debtor.                              )        Chapter 13
                                                         )
_____                 )

### DEBTOR'S RESPONSE TO MOTION TO DISMISS

COME NOW the Debtor, John Paul Pelaez, by counsel, and responds as follows to the Motion to Dismiss filed by the Trustee (Doc. #42).

Debtor acknowledges that he fell behind on trustee payments; however, on Junne 26, 2026, he sent a payment of $2300 (in Western Union money orders) to the Trustee, bringing the account current.

WHEREFORE the Debtor respectfully requests that the Motion be denied.

Dated: June 23, 2026.

Respectfully submitted,

   /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
dpress@chung-press.com
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of June, 2026, I caused the foregoing Response to be served by CM/ECF on the Chapter 13 Trustee and all parties requesting such notice.

   /s/ Daniel M. Press
Daniel M. Press