**UNITED STATES
BANKRUPTCY
COURT FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

IN RE:

John Paul Pelaez

Case No.      25-10671
Chapter      13

Debtor(s).

**NOTICE OF CHANGE OF ADDRESS FOR A CREDITOR**

| Creditor Old Address | Creditor New Address |
|---|---|
| Old Payment Address | New Payment Address |
| (Creditor Name) | (Creditor Name) |
| Citibank N.A. | Citibank N.A. - Exception Payments |
| 6716 Grade Ln. Bldg 9 Ste:9 | I Î Ï I ÆP[ ˇ• ȼ } ÆÜå |
| (Street Address and/or Post Office Box) | (Street Address and/or Post Office Box) |
| Louisville, KY 40213 | Ø|[ ¦^} &^ÊŚYÁ F€I G |
| (City, State, and Zip Code) | (City, State, and Zip Code) |

*/s/ Debra Filley*
_____
Creditor or Attorney for the Creditor(s) Signature
_____Debra Filley_____
Printed Name & Bar No.(if attorney)
_1000 Technology Dr, MS 504_____
Address
_Ofallon Mo 63368_____
City, State, Zip
_1-800-846-8444_____
Phone & Fax Number
_Citipoc1@citi.com_____
E-Mail Address