000522-000326-M

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION**

IN RE:                                                Case No.: 25-10671-KHK

JOHN PAUL PELAEZ                                      Chapter: 13

　　　Debtor

---

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO**
**BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Katelyn Lynch  and the law offices of Aldridge Pite, LLP hereby enter their appearance on behalf of U.S. BANK NATIONAL ASSOCIATION ("Creditor"), in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Katelyn Lynch
ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108
KLynch@aldridgepite.com

Respectfully Submitted,
Aldridge Pite, LLP

Dated: __07/13/2026_____          __/s/ Katelyn Lynch_____
                                           Katelyn Lynch , VSB# 100615
                                           Aldridge Pite, LLP
                                           8100 Three Chopt Road, Suite 240
                                           Richmond, VA 23229
                                           KLynch@aldridgepite.com
                                           *Attorney for the Creditor*

## **CERTIFICATE OF SERVICE**

     I certify that on this   13th   day of   July  , 20 26 , the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Thomas P. Gorman, Trustee
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314
ch13alex@gmail.com

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101
dpress@chung-press.com

                                                      */s/ Katelyn Lynch*
                                                      Katelyn Lynch , VSB# 100615
                                                      Aldridge Pite, LLP
                                                      8100 Three Chopt Road, Suite 240
                                                      Richmond, VA 23229
                                                      KLynch@aldridgepite.com
                                                      *Attorney for the Creditor*