**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

JOHN PAUL PELAEZ

                           Debtor

Chapter 13

Case No. 25-10671-KHK

## WITHDRAWAL

       I ask that the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division to please withdraw Trustee's Motion to Dismiss filed with this Court on the above captioned matter and scheduled for hearing on July 30, 2026.

_July 29, 2026 _____
Dated

_/s/ Thomas P. Gorman _____
Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314
(703) 836-2226
VSB #26421

### CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of July, 2026 served via ECF to authorized users or mailed a true copy of the foregoing Withdrawal to the following parties.

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press, P.C.
6718 Whittier Ave. Ste. 200
Mclean, VA 22101

___/s/ Thomas P. Gorman _____
Thomas P. Gorman